No. 286. ALUMINUM COMPANY OF AMERICA *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul G. Rodewald* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs.*

*Sewall Key, J. Louis Monarch, Bernard Chertcoff,* and *Walter J. Cummings, Jr.* for respondent.

